IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JESSE RICHEY**                                                                          PLAINTIFF

v.                              No: 3:24-cv-221-DPM

**DOE**                                                                                  DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Richey hasn't paid the $405 filing and administrative fees or moved to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2025