## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JESSE RICHEY                                                    PLAINTIFF

v.                              No: 3:24-cv-221-DPM

DOE                                                            DEFENDANT

## JUDGMENT

Richey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2025